872

No. 78–5130. MATTHEWS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 78–5132. ZUNIGA ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 78–5133. UBBEN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 78–5137. BRINSON v. EGELER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 78–5139. CALHOUN ET UX. v. FRANCHISE TAX BOARD. Sup. Ct. Cal. Certiorari denied.

No. 78–5140. FRANCIS v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 78–5142. SHABASS, AKA DENSON v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 78–5144. REYNOLDS v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 78–5145. DOWNTON v. OHIO. Ct. App. Ohio, Allen County. Certiorari denied.

No. 78–5146. MOORE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–5147. BALOUN v. HELFERTY. C. A. 6th Cir. Certiorari denied.

No. 78–5148. FRENCH v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 78–5149. BEACHEM v. HIGGINBOTHAM, U. S. CIRCUIT JUDGE, ET AL. C. A. 3d Cir. Certiorari denied.